United States District Court
Southern District of Texas
**ENTERED**
December 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MOISES ANGEL FUENTES,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-CV-00153 |
| § | |
| **TODD LYONS,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

On December 2, 2025, Petitioner Moises Angel Fuentes ("Petitioner") filed a self-effectuating Notice of Voluntary Dismissal. (Dkt. 20.); *see* Fed. R. Civ. P. 41(a)(1)(A)(i). The Notice, filed before the opposing party served either an answer or a motion for summary judgment and signed by counsel for Petitioner, notified the Court that the case has been dismissed. (Dkt. 20); Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE this case.

IT IS SO ORDERED.
SIGNED this December 3, 2025.

_____
Diana Saldaña
United States District Judge